# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TENNESSEE
# SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | MICHAEL LEE TULLIS AND JULIE MICHELLE TULLIS, Debtors | Case No. 1:16-BK-10740-SDR<br>Chapter 13 |

## OBJECTION TO CONFIRMATION

Comes now U.S. Bank Trust, N.A., as Trustee for LSF6 Bermuda MRA Trust, a secured creditor of the above-named Debtor(s), and a party in these proceedings (hereinafter "Movant"), by and through its attorneys, Wilson & Associates, P.L.L.C., for its Objection to Confirmation of the Chapter 13 plan proposed herein by the Debtor(s), Michael Lee Tullis, and Julie Michelle Tullis, states:

1.\tIt is the servicer of a Deed of Trust and Note covering the real property municipally known as 828 Hardin Drive, Chattanooga, TN 37412.  This property is listed in the Debtor's schedules and statements as their principal residence.

2.\tPursuant to 11 U.S.C. §1324, Movant objects to said Chapter 13 plan because the Debtor's plan provides for arrearages of $5,230.00.   However, the estimated arrears in the Proof of Claim are in the amount of $14,745.45, pending approval.  Therefore, Movant is not adequately protected.

3.\tTherefore, the plan does not meet all of the requirements for confirmation.

WHEREFORE, Movant objects to confirmation of the Chapter 13 plan proposed herein by the Debtor(s), and prays that this Court deny such confirmation, and for all other just and proper relief.

Respectfully Submitted,

/s/Joel W. Giddens
Joel W. Giddens (016700)
Brandon D. Sizemore (027808)
Michael G. Clifford (028691)
Michael N. Wennerlund (031332)

320 North Cedar Bluff Road, Suite 240
Knoxville, Tennessee 37923
(865) 558-5688

Attorneys for Movant

# CERTIFICATE OF SERVICE

On ____04/05/16_____, a copy of the foregoing Objection to Confirmation was served through United States Mail, postage prepaid, or electronically through the electronic case filing system (ECF) upon:

| | |
|---|---|
| Kenneth C. Rannick (ECF)<br>Attorney at Law<br>4416 Brainerd Road<br>Chattanooga, TN 37411 | Kara L. West (ECF)<br>Trustee<br>P.O. Box 511<br>Chattanooga, TN 37401 |
| Michael Lee Tullis (U.S. Mail)<br>Julie Michelle Tullis<br>Debtors<br>828 Hardin Drive<br>Chattanooga, TN 37412 | Office of the United States Trustee (ECF)<br>Assistant U.S. Trustee<br>31 East Eleventh Street, Fourth Floor<br>Knoxville, TN 37402 |

/s/Joel W. Giddens
Joel W. Giddens (016700)
Michael G. Clifford (028691)
Michael N. Wennerlund (031332
Brandon D. Sizemore (027808)

W&A No. 133-313074
Loan No. XXXXXX5271