**SO ORDERED.**
**SIGNED this 13th day of January, 2017**

_____
Shelley D. Rucker
**UNITED STATES BANKRUPTCY JUDGE**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

### IN THE UNITED STATES BANKRUPTCY COURT FOR
### THE EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **Michael Lee Tullis** | ) | **No. 1:16-bk-10740-SDR** |
| **Julie Michelle Tullis** | ) | **Chapter 13** |
| Debtor | ) | |

### ORDER

Following a de novo hearing, it is ORDERED that this case shall continue under the chapter 13 plan confirmed on May 6, 2016.

###