**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**SOUTHERN DIVISION**

---

| | |
|---|---|
| **IN RE:**    **MICHAEL LEE TULLIS AND** | Case No. 1:16-BK-10740-SDR |
|             **JULIE MICHELLE TULLIS,** | Chapter 13 |
|             **Debtors** | |

---

### NOTICE OF WITHDRAWL OF OBJECTION TO CONFIRMATION

Caliber Home Loans, Inc., as servicer for U.S. Bank Trust, N.A., as Trustee for LSF6 Bermuda MRA Trust ("Movant"), hereby withdraws its Objection to Confirmation that was filed April 5, 2016, docket no. 24, as the matter has been resolved through the *de novo* review process [Doc. 61] and the filing of an Amended Proof of Claim. *See* Court's Claim #9-2.

                                    Respectfully Submitted,

                                    WILSON & ASSOCIATES, P.L.L.C.
                                    320 N. Cedar Bluff Road, Suite 240
                                    Knoxville, Tennessee 37923
                                    (865) 558-5688

            By:      /s/ *Michael N. Wennerlund*_____
                      Joel W. Giddens (016700)
                      Michael G. Clifford (028691)
                      Michael N. Wennerlund (031332
                      Brandon D. Sizemore (027808)

Attorneys for Movant

## **CERTIFICATE OF SERVICE**

Kenneth C. Rannick (ECF)  
Attorney at Law  
4416 Brainerd Road  
Chattanooga, TN 37411  

Michael Lee Tullis (U.S. Mail)  
Julie Michelle Tullis  
Debtors  
828 Hardin Drive  
Chattanooga, TN 37412  

Kara L. West (ECF)  
Trustee  
P.O. Box 511  
Chattanooga, TN 37401  

Office of the United States Trustee (ECF)  
Assistant U.S. Trustee  
31 East Eleventh Street, Fourth Floor  
Knoxville, TN 37402  

/s/ *Michael N. Wennerlund*  
Joel W. Giddens (016700)  
Michael G. Clifford (028691)  
Michael N. Wennerlund (031332)  
Brandon D. Sizemore (027808)  

W&A No. 313074