

**SO ORDERED.**
**SIGNED this 3rd day of February, 2017**

_Shelley D. Rucker_
Shelley D. Rucker
**UNITED STATES BANKRUPTCY JUDGE**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TENNESSEE
## SOUTHERN DIVISION

IN RE:  MICHAEL LEE TULLIS              *              BK# 16-10740-SDR
       JULIE MICHELLE TULLIS           *
       Debtors                               *              Chapter 13

### AGREED ORDER

Upon the Trustee's Motion to Dismiss for Lack of Feasibility, it is

ORDERED:    The payment on secured claim #001 is increased to $188.00;

           The payment on secured claim #004 is increased to $43.00;

           The payment on secured claim #005 is increased to $38.00;

           The payment on secured claim #009-1 is increased to $254.00.

The Debtors' plan payments are increased to $1,687.00 per month, and

ORDERED that the Trustee's motion to dismiss for feasibility is denied.

Approved for Entry:

KENNETH C. RANNICK, P.C.

/s/ Kenneth C. Rannick
Kenneth C. Rannick, #011106
LuAnn M. Whaley, #023085
4416 Brainerd Road

Chattanooga, TN 37411
423/624-4002 telephone
423/624-0509 facsimile
rannick@lawyerchattanooga.com email

/s/ Tracey Weibert by L. Whaley w/permission
CHAPTER 13 TRUSTEE
Kara L. West, Trustee (25744)
Cherie N. Knotts, Attorney (27360)
Tracey Weibert, Attorney (20123)
P.O. Box 511
Chattanooga, TN 37401
423/ 265-2261 telephone

###